# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRIS RYDER

**JUDGMENT IN A CIVIL CASE**

v.

KATRINA HAGEN

CASE NUMBER: C10-1002

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this matter is DISMISSED for lack of personal jurisdiction over Defendant. Further amendment of the complaint to cure the jurisdictional defect is not possible.

September 27, 2010                                        WILLIAM McCOOL
                                                                                  Clerk

                                                                         ____/s/ Mary Duett_____
                                                                         By, Deputy Clerk